UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Picklesimer, 18219509,

    Petitioner,

v.

Eric Rardin,

    Respondent(s).
_____/

Case No. 24-11772

Judge Stephen J. Murphy, III

Magistrate Judge David R. Grand

### ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: August 30, 2024

s/David R. Grand
David R. Grand
United States Magistrate Judge

---

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: August 30, 2024

s/ JParker
Deputy Clerk