

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

Robert Picklesimer
_Petitioner_

v.

E. Rardin, Warden
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

Case: 2:24-cv-11772
Assigned To : Murphy, Stephen J., III
Referral Judge: Grand, David R.
Assign. Date : 7/9/2024
Description: HC PICKLESIMER V. RARDIN (AB)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Robert Picklesimer
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: FCI Milan
   (b) Address: 4004 Arkona RD, Milan, MI 48160
   (c) Your identification number: 18219-509
3. Are you currently being held on orders by:
   ☒ Federal authorities  ☐ State authorities  ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court EASTERN District of Kentucky - (Covington)
   (b) Docket number of criminal case: 2:20-CR-00049-DLB-CJS-1
   (c) Date of sentencing: 1-20-2022
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_:

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: FBOP FCI Milan 4004 Arkona RD 48160

   (b) Docket number, case number, or opinion number: _____

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: NOV 1 2023 - I petitioned The Warden pursuant program state - MUM for my FSA FTC's to be applied to my Time Calculations. The Warden Approved in Dec, in Feb- Region Denied me.

   (d) Date of the decision or action: NOV 1, 2023, Dec, 2023 + 2-1-2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: A BP-8 to my Counselour FCI - Milan

   (2) Date of filing: March 2024

   (3) Docket number, case number, or opinion number: _____

   (4) Result: Denied

   (5) Date of result: 4-1-2024, April 1st 2024

   (6) Issues raised: (Out of Counselour Hands) Getting my FTC Applied to my time which would take 210 days off my Release, put me at immediate Release.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: BP-229 to the Warden FCI Milan
   (2) Date of filing: 4.2.2024
   (3) Docket number, case number, or opinion number: 1196781-F1
   (4) Result: Denied
   (5) Date of result: 5.2.2024
   (6) Issues raised: I Requested To have my 210 days FTC Applied to Time, pursant B program Statement 5410 of First Step Act of 2018-Time Credits: Procedures for Implementation of 18 U.S.C § 3632 (d)(4)

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: BP-230 (13) to FBOP Regional Director
   (2) Date of filing: 5.17.2024
   (3) Docket number, case number, or opinion number: 1196781-F1
   (4) Result: No response Back
   (5) Date of result: _____
   (6) Issues raised: That I have my 210 days FTC Applied to my time For Immediate Release. pursuant program

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

Statement 54/001 First Step Act of 2018. Time Credits: Procedures for Implementation of 18 U.S.C §3632(D)(4)

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes  ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes  ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes  ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes      ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: *Petition to Warden / Application of FTC*

(b) Name of the authority, agency, or court: *Warden FCI Milan*

(c) Date of filing: *Nov. 1 2023*

(d) Docket number, case number, or opinion number: _____

(e) Result: *Warden Approval*

(f) Date of result: *Dec. 2023*

(g) Issues raised: *Asking Warden to Approve me/ FSA FTC Satisfactory of everything but still cannot get Recidivism score to 39. Did everything can only get it to 46.*

*WORDEN Approved 1/12/24 ~ Guide for Consideration to Apply (FSA) Time Credits - Exception Cases*

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: *At time of petition filed I fit All Criteria and The Warden even approval me. Every Thing was done to the best it could get + Bringing my Recidivism Score to 39 is impossible. I started at 59*

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I started at 59. Got all my pts for education, DON-Res RDap Drug Treatment, All my work programs I programs Completed equally 9 pts off. The Max off is 12, so even w/ the 12 pts off I still could only get to a 47, not 39. I even did extra work program. Didn't get credit for it.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

GROUND TWO: Follow program statement my Case Manager filled out the proper paperwork making sure I fit all criteria. After petition was filled she emailed to Warden.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Warden Reviewed my petition and approved me to get my 210 days.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes ☐ No

GROUND THREE: Instructions given by FSA program Statement

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I've Continually showed through my Unit Team Meetings, Good Faith towards Lowering my Recidivism and showing that I am unlikely to Re-offen Cause I continue to show Recidivism Reduction Actions.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** There is nothing else I can do that can bring my General Score to a 39. ITS Impossible

(a) Supporting facts *(Be brief. Do not cite cases or law.):*
I have done everything there is to do to get pts off.
The BOP does not offer enough Programs or activities that take pts. off my Risk + Needs PAttern Score

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I would like to be granted the 210+ days of FTC I've earned off my Release date, Which would put me at immediate Release

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
6.27.2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6.26.24

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

## Guide for Consideration to Apply (FSA) Time Credits – Exception Cases

Pursuant to Program Statement 5410.01 First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4), The Bureau may apply earned FSA Time Credits toward prerelease custody only when an eligible inmate has had a petition to be transferred to prerelease custody or supervised release approved by the Warden, after the Warden's determination that: (a) The prisoner would not be a danger to society if transferred to prerelease custody or supervised release; (b) The prisoner has made a good faith effort to lower their recidivism risk through participation in recidivism reduction programs or productive activities; and (c) The prisoner is unlikely to recidivate.

| Inmate Name (Last, First): Picklesimer, Robert | Register No.: 18219-509 | | Institution: FCI Milan, MI | |
|---|---|---|---|---|
| Inmate Request to Staff (BP-A0148) (attach copy) | Yes ✔ | No ☐ | Date of Request: 11/1/23 | |
| Inmate Program Review (attach most recent) | Yes ✔ | No ☐ | Date of Program Review: 11/1/23 | |
| Federal Time Credit Eligible | Yes ✔ | No ☐ | | |
| Current or Prior Offense Listed in P.S. Categorization of Offenses (Crimes of Violence or Director's Discretion) | Yes ☐ | No ✔ | | |
| Public Safety Factor: (Indicate if waived by DSCC) | No | | | |
| Community-Based Non-Compliance (i.e. technical violations, escape, absconding/eluding, and/or new criminal conduct) | Yes ✔ | No ☐ | | |
| Last Three (3) PATTERN Risk Assessment Levels/Scores: | Level: MED<br>Violent: 19<br>General: 46<br>Date: 10/3/23 | | Level: MED<br>Violent: 20<br>General: 48<br>Date: 5/15/23 | Level: MED<br>Violent: 22<br>General: 52<br>Date: 11/27/22 |

Inmates with high or medium PATTERN recidivism risk levels must demonstrate a good faith effort to lower their recidivism risk by:

| Maintained Clear Conduct for Three (3) Years from date of request: | Yes ✔ | No ☐ | Date of Last Incident Report: | |
|---|---|---|---|---|
| 100 or 200 Level prohibited act during the current term of incarceration: | Yes ☐ | No ✔ | Incident Report: | |
| Residential EBRRs/PAs Completed in Last Five (5) Years: | | | | |
| Course: Federal Prison Industries SAP Certification | | | Completion Date: 3/30/23 | |
| Course: National Parenting | | | Completion Date: 9/7/23 | |
| Course: Basic Cognitive Skills | | | Completion Date: 8/3/23 | |
| Course: Non Residential Drug Abuse Program | | | Completion Date: 8/18/23 | |
| Course: Anger Management | | | Completion Date: 9/6/22 | |
| Successful program participation according to PS5410.01: | | | Yes ✔ | No ☐ |

**Unit Team Recommendation:**
(Please provide incident report history along with any other relevant information)

Clear conduct throughout incarceration. Programmed at an excellent level throughout incarceration- ACE Courses, EBBR's, PA's, and is on several waiting lists for other courses. Pell Grant Recipient and participating in courses thru Jackson College to earn Associates Degree. Employed in Unicor and completed several SAP Certifications (certificates included with packet). Participating in Legal Assistant/Paralegal Certificate Program thru Blackstone Career Institute (docs included with packet). Completed NRDAP & Fail-Withdraw from RDAP, 3621 E Ineligible. Participates in Med Assist Treament since 3/23. Several Parole Revocations/Probation Violations in PSI & Absconder in 2013 & 2016.

Approved 1/12/24

The Warden shall consult with the Regional Director before applying time credits for an inmate with a high or medium PATTERN level.

Robert [illegible]
FCI Milan
P.O. Box 1000
Milan MI, 48160

Metroplex MI 480 ZIP
FRI 28 JUN 2024

Eastern District of Michigan

Eastern District Court
231 W. ~~Fort~~ Lafayette Blvd. 5th
Detroit MI.
48226

U.S. MARSHALS

