United States District Court
Eastern District of Michigan

Robert Picklesimer,

      Plaintiff,                                      Case No. 24-CV-11772

v.

Eric Rardin, Warden,

      Defendant.

---

### NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To: Attorney Admission Clerk and All Other Parties**

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

Add the following AUSA:

Name:       Jessica Currie

Bar ID:      P74213

Telephone:   (313) 226-9531

Email:       Jessica.Currie@usdoj.gov

                                                                 *s/Jessica Currie*
                                                                 Jessica Currie
                                                                 Assistant United States Attorney
                                                                 211 West Fort Street
                                                                 Detroit, MI 48226
                                                                 (313) 226-9531
                                                                 Jessica.Currie@usdoj.gov

Dated: September 4, 2024