United States District Court
Eastern District of Michigan

United States of America,

        *Plaintiff*,

   v.

Robert Picklesimer,

        *Defendant.*

_____/

Case No. 24-cv-11772

Honorable Paul D. Borman
Mag. Judge Mona Majzoub

### NOTICE OF APPEARANCE OF ASSISTANT U.S. ATTORNEY

**To:**     Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

*Add the following AUSA(s):*

| | |
|---|---|
| Name: | William J. Vailliencourt, Jr. |
| Bar ID: | 021396 (Arizona) |
| Telephone: | (313) 226-9626 |
| Email: | William.Vailliencourt@usdoj.gov |

*Terminate the following AUSA(s):*

| | |
|---|---|
| Name: | Jessica Vartanian Currie |
| Telephone: | 313-226-9531 |

Dated:    October 29, 2024

                       *s/William J. Vailliencout, Jr.*
                       William J. Vailliencourt, Jr.
                       Assistant United States Attorney
                       211 W. Fort Street, Suite 2001
                       Detroit, Michigan 48226
                       (313) 226-9626
                       William.Vailliencourt@usdoj.gov