United States District Court
Eastern District of Michigan

United States of America,

        Plaintiff,                  Case No. 24-cv-11772

    v.                              Honorable Paul D. Borman
                                          Mag. Judge Mona Majzoub

Robert Picklesimer,

        Defendant.
_____/

## Notice of Appearance of Assistant U.S. Attorney

To:    Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of an Assistant U.S. Attorney for the above captioned case:

**Add the following AUSA:**

Name:          William J. Vailliencourt, Jr.

Bar ID:         P39115

Telephone:    (313) 226-9626

Email:          William.Vailliencourt@usdoj.gov

**Terminate the following AUSA:**

Name:          Jessica Currie

Telephone:    (313) 226-9531

                                              s/William J. Vailliencout, Jr.
                                              William J. Vailliencourt, Jr.
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              (313) 226-9626
                                              William.Vaillientcourt@usdoj.gov

Dated:  October 29, 2024