IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT PICKLESIMER,<br>       Petitioner,<br>v.<br><br>ERIC RARDIN,<br><br>       Respondent. | CASE NO. 2:24-cv-11772 |

## DECLARATION OF JEREMY COOPER

I, Jeremy Cooper, do hereby declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice as Correctional Programs Administrator for the North Central Regional Office, located in Kansas City, Kansas.

2. I have been advised FCI Milan inmate Robert Picklesimer, Register number 18219-509, has filed a petition for habeas corpus, in which he alleges to have not received 210 days of FSA time credits because of his Medium Pattern score and the Regional office's denial of FTC application as an Exception case.

3. Petitioner was sentenced to a 72-month term of imprisonment, followed by six years of supervised release, for Possession with Intent to Distribute 5 Grams or More of Methamphetamine in violation of 21 U.S.C. § 841(a)(1). Petitioner's full term expires on September 16, 2026, but he has a projected release date of December 20, 2025, via Good Conduct Time Release. *See Attachment 1, Sentence Monitoring Computation Data.*

4. The First Step Act, P.L. 115-391, enacted into law on December 21, 2018, addresses reentry of the incarcerated by directing the BOP to take specific actions regarding programming and programming incentives and compassionate release, among other

1

issues.  To encourage inmates to participate, Congress also created a system of time credits and other incentives.  *18 U.S.C. § 3632(d)(1)-(4), BOP Program Statement 54010.01, and 28 C.F.R. §§ 523.40-44.*  Eligible inmates (i.e. those without precluding convictions[1]), may earn Federal Time Credits (FTCs).

5. However, *earning* FTCs is not synonymous with *applying* FTCs.  Only upon meeting the requirements of 18 U.S.C. § 3624(g)(1) and 28 C.F.R. § 523.44(b)-(d), will an inmate's earned FTCs be applied toward his sentence computation.  The earning of FTCs is authorized by 18 U.S.C. § 3632(d)(4) and Section 101 of the FSA of 2018 (Pub. L. 115-391).  Eligible inmates with all recidivism risk scores may earn FTC, but only those inmates with "low" and "minimum" risk scores are able to have the FTCs applied to prerelease custody or early transfer to supervised release.  See 28 C.F.R. § 523.42 (outlining the earning of First Step Act Time Credits); see also 28 C.F.R. § 523.44(c)(1), (d)(1) (limiting application of FTC to eligible inmates who have a minimum or low recidivism risk).  Petitioner's current PATTERN score is Medium, which precludes him from applying FTCs.  *See Attachment 2, FSA Recidivism Risk Assessment (PATTERN); and Attachment 3, FSA Time Credit Assessment.*

6. Pursuant to Program Statement 5410.01 <u>First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4)</u>, the BOP may apply earned FTCs toward prerelease custody only when an eligible inmate has had a petition to be transferred to prerelease custody or supervised release approved by the Warden, after the Warden's determination that: (a) The prisoner would not be a danger to society if transferred to prerelease custody or supervised release; (b) The prisoner has made a good

---

[1] 18 U.S.C. § 3632(d)(4)(D) enumerates the convictions which render an inmate ineligible to earn FTCs.

faith effort to lower their recidivism risk through participation in recidivism reduction programs or productive activities; and (c) The prisoner is unlikely to recidivate. Additionally, as provided by the Program Statement, per the FTC exception form, "The Warden shall consult with the Regional Director before applying time credits for an inmate with a high or medium PATTERN level."  While the FCI Milan Warden made an initial preliminary approval for an FTC exception for Petitioner, after the required consultation with the Regional Director of the North Central Regional Office, the petitioner was ultimately denied by the Warden for the following reasons:

- Petitioner withdrew from the recommended RDAP program (Residential EBRR based on his Substance Abuse Need),
- multiple community-based violations,
- Petitioner has not done everything he can to lower his PATTERN score (RDAP and programs completed)

    *See Attachment 4, Guide for Consideration to Apply (FSA) Time Credits – Exception Cases; and Attachment 5, NCRO email dated February 1, 2024.*

7.      Petitioner has been properly denied as an Exception for FTC application.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of October 2024.



3

                                              Jeremy Cooper
                                              Correctional Programs Administrator
                                              North Central Regional Office