```
 MILBU            *           PUBLIC INFORMATION           *      10-17-2024
PAGE 001          *              INMATE DATA               *      13:19:09
                              AS OF 10-17-2024

REGNO..: 18219-509 NAME: PICKLESIMER, ROBERT

                   RESP OF: MIL
                   PHONE..: 734-439-1511     FAX: 734-439-5534
                                             RACE/SEX...: WHITE / MALE
                                             AGE:   38
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 12-20-2025                      PAR HEAR DT:




G0002      MORE PAGES TO FOLLOW . . .
```

ATTACHMENT 1

```
  MILBU            *         PUBLIC INFORMATION        *     10-17-2024
 PAGE 002          *            INMATE DATA            *     13:19:09
                             AS OF 10-17-2024

REGNO..: 18219-509 NAME: PICKLESIMER, ROBERT

                   RESP OF: MIL
                   PHONE..: 734-439-1511   FAX: 734-439-5534
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 06-20-2025

THE INMATE IS PROJECTED FOR RELEASE: 12-20-2025 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: KENTUCKY, EASTERN DISTRICT
DOCKET NUMBER...................: 2:20-CR-049-DLB-01
JUDGE...........................: BUNNING
DATE SENTENCED/PROBATION IMPOSED: 01-20-2022
DATE COMMITTED..................: 03-02-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                    FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:     $100.00        $00.00          $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  383     21:841 SCH II NON-NARCOTIC
OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR
         MORE OF METHAMPHETAMINE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    72 MONTHS
 TERM OF SUPERVISION............:     6 YEARS
 DATE OF OFFENSE................: 09-17-2020




G0002        MORE PAGES TO FOLLOW . . .
```

```
   MILBU           *           PUBLIC INFORMATION           *      10-17-2024
PAGE 003 OF 003 *               INMATE DATA                 *      13:19:09
                              AS OF 10-17-2024

REGNO..: 18219-509 NAME: PICKLESIMER, ROBERT

                       RESP OF: MIL
                       PHONE..: 734-439-1511    FAX: 734-439-5534
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-05-2024 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-31-2022 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-20-2022
TOTAL TERM IN EFFECT............:    72 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS
EARLIEST DATE OF OFFENSE........: 09-17-2020

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-17-2020    01-19-2022

TOTAL PRIOR CREDIT TIME.........: 490
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 12-20-2025
ELDERLY OFFENDER TWO THIRDS DATE: 09-16-2024
EXPIRATION FULL TERM DATE.......: 09-16-2026
TIME SERVED.....................:     4 YEARS      1 MONTHS      1 DAYS
PERCENTAGE OF FULL TERM SERVED..:  68.0
PERCENT OF STATUTORY TERM SERVED:  77.6

PROJECTED SATISFACTION DATE.....: 12-20-2025
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**
Register Number:18219-509, Last Name:PICKLESIMER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number: 18219-509<br>Inmate Name<br>  Last.........: PICKLESIMER<br>  First........: ROBERT<br>  Middle.......:<br>  Suffix.......:<br>Gender.........: MALE | Risk Level Inmate....: R-MED<br>  General Level......: R-MED (51)<br>  Violent Level......: R-LW (24)<br>Security Level Inmate: MEDIUM<br>Security Level Facl..: LOW<br>Responsible Facility.: MIL<br>Start Incarceration..: 01/20/2022 |

**PATTERN Worksheet Details**
Item: Programs Completed, Value: 7
General Score: -9, Violent Score: -3
Risk Item Data
  Category - Assignment - Start           - Stop
    EDC        BUILT AMER    05/07/2022 19:44    05/07/2022 19:44
    EDC        AMER HIST     07/07/2022 18:02    07/07/2022 18:02
    EDC        EARTH SCI     07/25/2022 11:46    07/25/2022 11:46
    EDC        IS GC AUG     01/06/2023 08:41    01/06/2023 08:41
    EDC        IS GC ONS     01/23/2023 09:43    01/23/2023 09:43
    EDC        IS GC EH      01/23/2023 09:44    01/23/2023 09:44
    WSP        PAR NATLC     09/07/2023 12:00    09/07/2023 12:00

---

Item: Work Programs, Value: 3
General Score: -2, Violent Score: -2
Risk Item Data
  Category - Assignment - Start           - Stop
    EDC        SERVSAFE      04/26/2022 14:21    04/26/2022 14:21
    EDC        SAP           03/01/2023 13:52    03/01/2023 13:52
    WRK        U B O 1234    01/27/2024 08:25    01/27/2024 08:25

ATTACHMENT 2

Assessment Date: 04/17/2024             (1)            Assessment# R-2146360477

## FSA Time Credit Assessment
Register Number:18219-509, Last Name:PICKLESIMER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 18219-509 | Responsible Facility: MIL |
| Inmate Name | Assessment Date.....: 10-12-2024 |
|   Last............: PICKLESIMER | Period Start/Stop...: 03-02-2022 to 10-12-2024 |
|   First...........: ROBERT | Accrued Pgm Days....: 919 |
|   Middle..........: | Disallowed Pgm Days.: 36 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 300 |
| Start Incarceration: 01-20-2022 | Apply FTC to Release: No |

--- **FTC Claim Status** ---------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-02-2022 | 10-12-2024 | accrue | 919 |
|  |  | disallow | 36 |

  **Cannot apply FTC(s) towards early release.**
  **Cannot apply FTC(s) towards RRC/HC.**
  **FSA risk in upper half.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| MIL | FSA | R-MED | 04-17-2024 12:55 | CURRENT |

--- **Program Day Intervals** ----------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 03-02-2022 | 10-12-2022 | accrue | 224 |

  Accrued Pgm Days...: 224
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 70

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-12-2022 | 11-17-2022 | disallow | 36 |

  **Not in qualifying admit status.**

| Facility | Category | Assignment | Start | Stop |
|---|---|---|---|---|
| A01 | ARS | A-ADMIT | 10-11-2022 | 10-11-2022 |
| A01 | ARS | RELEASE | 10-11-2022 | 10-11-2022 |
| CUM | ARS | TRANSFER | 10-11-2022 | 10-11-2022 |
| OKL | ARS | A-BOP HLD | 10-11-2022 | 11-18-2022 |

---

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 11-17-2022 | 10-12-2024 | accrue | 695 |

  Accrued Pgm Days...: 695
  Carry Over Pgm Days: 14
  Time Credit Factor.: 10
  Time Credits.......: 230

ATTACHMENT 3

```
                        FSA Time Credit Assessment
                    Register Number:18219-509, Last Name:PICKLESIMER
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================
                                      (2)

--- FSA Assessment(s) ----------------------------------------------------------
#     Start      Stop       Assignment  Asn Start         Factor
001   03-02-2022 03-30-2022 R-HI        03-29-2022 17:03  10
002   03-30-2022 09-26-2022 R-HI        03-29-2022 17:03  10
003   09-26-2022 03-25-2023 R-MED       09-12-2022 15:32  10
004   03-25-2023 09-21-2023 R-MED       11-27-2022 08:43  10
005   09-21-2023 03-19-2024 R-MED       05-15-2023 10:39  10
006   03-19-2024 09-15-2024 R-MED       10-03-2023 18:52  10
007   09-15-2024 03-14-2025 R-MED       04-17-2024 12:55  10
```

```
_____
10-12-2024                            (2)                    Assessment# -2144272825
```

**FSA Time Credit Assessment**
Register Number:18219-509, Last Name:PICKLESIMER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
  All conditional days and conditional dates below are the individual's best case scenario
  given the individual's FSA/FTC status and best case SCA days as of 10-12-2024. These dates
  can change if there are changes to one or more of the following: the individuals FSA risk,
  FSA opt-in/opt-out status, or best case SCA days.

  **SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
  OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
  REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
  ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
  FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
  CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
  (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
  WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
  (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**
---
  Projected Release Date: 12-20-2025
  Projected Release Method: GCT REL
  FSA Projected Release Date: N/A
  FSA Projected Release Method: N/A
  FSA Conditional Release Date: N/A
  SCA Conditional Placement Days: 365*
  SCA Conditional Placement Date: 12-20-2024*
  FSA Conditional Placement Days: N/A
  FSA Conditional Placement Date: N/A
  Conditional Transition To Community Date: 12-20-2024*
  ***Default SCA conditional placement days. This requires a five-factor review!**

## Fw: Picklesimer 18219-509 Exception to Apply FTC

**Jayasinghe, Robin Faith (BOP)** <rjayasinghe@bop.gov>
Wed 4/3/2024 14:37
To: Perez-Brignoni, Efren (BOP) <eperezbrignoni@bop.gov>

---

**From:** Cooper, Jeremy (BOP) <Jcooper@bop.gov> on behalf of NCR-CorrPgms-S (BOP) <NCR-CorrPgms-S@bop.gov>
**Sent:** Thursday, February 1, 2024 10:49 AM
**To:** MIL-Warden-S (BOP) <MIL-Warden-S@bop.gov>
**Cc:** Kirk, Martin (BOP) <Mkirk@bop.gov>; Jayasinghe, Robin Faith (BOP) <rjayasinghe@bop.gov>
**Subject:** Re: Picklesimer 18219-509 Exception to Apply FTC

According to our records, we recommend denial for the following reasons:

- Was recommended to take RDAP (Residential EBRR based on his Substance Abuse Need), and voluntarily withdrew from the program.
- Multiple community-based violations

Furthermore, the inmate has not done everything he can to lower his PATTERN score (RDAP and Programs Completed). Please respond with a signed memo if you would like to proceed with the recommendation for approval.

Thank you

---

**From:** Jayasinghe, Robin Faith (BOP) <rjayasinghe@bop.gov>
**Sent:** Wednesday, January 17, 2024 3:07 PM
**To:** NCR-CorrPgms-S (BOP) <NCR-CorrPgms-S@bop.gov>
**Cc:** Kirk, Martin (BOP) <Mkirk@bop.gov>; Jayasinghe, Robin Faith (BOP) <rjayasinghe@bop.gov>
**Subject:** Picklesimer 18219-509 Exception to Apply FTC

ATTACHMENT 4