IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT PICKLESIMER,<br>        Petitioner,<br>  v.<br><br>ERIC RARDIN,<br><br>        Respondent. | CASE NO. 2:24-cv-11772 |

**DECLARATION OF S. ALLISON-LOVE**

I, the undersigned S. Allison-Love, do hereby make the following declaration pertinent to the above-styled and numbered cause.

1. I am a Consolidated Legal Center (CLC) Attorney for the Federal Bureau of Prisons (BOP), at the Federal Correctional Institution in Milan, Michigan (FCI Milan).

2. As an Attorney at FCI Milan, I have access to official records maintained by the BOP and am familiar with the procedures contained in BOP Program Statement 1330.18, Administrative Remedy Procedures for Inmates[1], and 28, C.F.R. Part 542, Subpart B.

---

1 A full copy of this program statement can be obtained via the BOP website at *www.bop.gov*.

3. The Administrative Remedy Program is described at 28 C.F.R. § 542.10, et seq., Administrative Remedy Procedures for Inmates.  In accordance with the administrative remedy procedures, inmates must first present their complaint to the Warden of the facility in which the inmate is confined, unless the inmate is appealing a decision of the Disciplinary Hearing Officer (DHO).  Administrative Remedy Form BP-229(13) is the form to be utilized at the institution level, which is commonly referred to as a "BP-9" form.  If the inmate is not satisfied with the response to the BP-9 received from the Warden, the response may be appealed to the Regional Director within 20 days of when the warden signed the response.  Administrative Remedy Form BP-230(13) is the form to be utilized at the regional level, which is commonly referred to as a "BP-10" form.  If the inmate is not satisfied with the response of the Regional Director, that response may be appealed to the Central Office within 30 days of when the Regional Director signed the response.  Appeal to BOP's Central Office is the final step in the BOP's administrative remedy process.  Administrative Remedy Form BP-231(13) is the form to be utilized at the final level, which is commonly referred to as a "BP-11" form.  The response from Central Office is considered the final agency decision.

4. Remedy requests are assigned a unique numeric designation, followed by a suffix indicating the level of the request, as follows:  "-F" indicates a request to the Warden, "-R" indicates an appeal to the Regional Director, and "-A" indicates an appeal to Central Office.  All remedies on the same subject matter will generally have the same numeric designation (e.g. "123456") as they proceed through the

        process from the institution to the Central Office level.

5.    BOP policy provides that the inmate is to obtain the appropriate form from institution staff (ordinarily, the correctional counselor).  It further notes, the "Request for Administrative Remedy, Form BP-9 (BP-229), is appropriate for filing at the institution." 28 C.F.R. § 542.14.

6.    If the inmate submits a request for remedy, but does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level. 28 C.F.R. § 542.18.

7.    The federal regulation on the Administrative Remedy Program states that all submissions received by the Administrative Remedy Clerk, whether accepted or rejected, shall be entered into SENTRY in accordance with the SENTRY Administrative Remedy Technical Reference Manual. (PS 1330.18, 13. Remedy Processing a. Receipt.)   This means the submission is given a remedy number and, if accepted, assigned for investigation.   When a Request or Appeal is rejected (after receiving a number), the entire packet is returned to the inmate, unless the inmate has alleged the submission is sensitive. (PS 1330.18, 11. Resubmission)

8.    I have reviewed the most recent petition filed by inmate Robert Picklesimer, Register number 18219-509, in which he alleges he has not received 210 days of FSA time credits because of his Medium Pattern score and the Regional office's denial of FTC application as an Exception case.

9.    The Sentry Administrative Remedy Log for Petitioner reflects he has only ever submitted 2 remedies regarding FSA credits.  *See Attachment 1, SENTRY*

*Administrative Remedy Generalized Retrieval* . One at the institution level, and another that was rejected at the regional level. *See Attachment 2, Remedy 1196781-F1; and Attachment 3, Remedy Rejection 1196781-R1.*[2] Petitioner has failed to exhaust his administrative remedies by filing and receiving a response up to the Central Office level.

10. Consequently, Petitioner has failed to exhaust his available administrative remedies.

I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _____ day of October 2024.

**Sarah Allison-Love**
Digitally signed by Sarah Allison-Love
Date: 2024.10.17 13:58:43 -04'00'

S. Allison-Love, CLC Attorney
Federal Bureau of Prisons
FCI Milan

---

[2] When rejection letters are re-printed, the system automatically assigns the current date as the document's date. The remainder of the letter for 1196781-R1 reflects information stored in the system when the letter was originally printed.