```
     MILBU              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       09-12-2024
PAGE 001 OF                                                                  07:39:37
       FUNCTION: L-P SCOPE: REG    EQ 18219-509    OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____    THRU _____    DT STS: FROM _____    THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:  _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS:  ____ ____ ____ ____  _____ _____ _____ _____ _____ _____
EXTENDED:  _  REMEDY LEVEL: _ _                  RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____      ____      ____      ____      ____      ____
TRACK:  DEPT:   _____  _____  _____  _____  _____  _____
        PERSON: ___       ___       ___       ___       ___       ___
          TYPE: ___       ___       ___       ___       ___       ___
EVNT FACL: EQ ____      ____      ____      ____      ____      ____
RCV FACL.: EQ ____      ____      ____      ____      ____      ____
RCV UN/LC: EQ _____  _____  _____  _____  _____  _____
RCV QTR..: EQ _____  _____  _____  _____  _____  _____
ORIG FACL: EQ ____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____  _____  _____  _____  _____  _____
ORIG QTR.: EQ _____  _____  _____  _____  _____  _____




G0002         MORE PAGES TO FOLLOW . . .
```

ATTACHMENT 1

```
 MILBU           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    09-12-2024
PAGE 002 OF 002 *                SANITIZED FORMAT                *    07:39:37

  REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC      RCV-FACL      DATE-RCV      STATUS      STATUS-DATE

 1134271-F1    31ZM/15DM    OTHER SENTENCE COMP; RDAP
               CUM          CUM          09-19-2022     REJ         09-19-2022

 1134271-F2    31ZM/15DM    OTHER SENTENCE COMP; RDAP
               CUM          CUM          09-19-2022     CLD         11-10-2022

 1196781-F1    19ZM/31ZM    WANTS FSA/FTC CREDITS APPLIED
               MIL          MIL          04-17-2024     CLD         05-03-2024

 1196781-R1    19ZM/31ZM    WANTS FSA/FTC CREDITS APPLIED
               NCR          MIL          06-10-2024     REJ         06-10-2024




                     4 REMEDY SUBMISSION(S) SELECTED
 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

**BP-229 RESPONSE**                                      **CASE NUMBER: 1196781-F1**

Your Request for Administrative Remedy (BP-229), dated April 2, 2024, has been reviewed. You are requesting that you receive Federal Time Credit (FTC) under the provisions of the First Step Act (FSA).

A review of the issue(s) you raise in your BP-229 has been conducted. Specifically, you request that you have your Federal Time Credit entered manually. You formally requested to have your FTC's applied as an exception case on November 1, 2023. A review of your request was conducted on February 1, 2024 by the North Central Region Correctional Program Branch. It was determined that not all programming options have been exhausted and not all needs have been met to lower your Pattern score.

Accordingly, your request for Administrative Remedy is for denied. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

_____                    _5/2/2024_
E. Rardin, Warden                          Date

ATTACHMENT 2

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

E. Prez B-unit cc
4-7-2024

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Rickleon, Robert  18919-509  B-1  FCI Milan
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

I would like to have my FSA FTC Applied toward my release. I have earned 210 days and can't use them. Pursuant program statement 5410.01 18 USC 3632(1)(4) I petitioned the Warden and he approved me, however Region denied me. Under 18 USC 3582(c)(1)(A) "Extraordinary + Compelling reasons" You have the ability to grant a Reduction of Sentence or Compassionate Release. I just want to be able to use those days I've earned!

_____  
DATE

_____  
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____  
DATE

_____  
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: 1196181-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____  
DATE

_____  
RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP–229(13)  
APRIL 1982

## Guide for Consideration to Apply (FSA) Time Credits – Exception Cases

Pursuant to Program Statement 5410.01 First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4), The Bureau may apply earned FSA Time Credits toward prerelease custody only when an eligible inmate has had a petition to be transferred to prerelease custody or supervised release approved by the Warden, after the Warden's determination that: (a) The prisoner would not be a danger to society if transferred to prerelease custody or supervised release; (b) The prisoner has made a good faith effort to lower their recidivism risk through participation in recidivism reduction programs or productive activities; and (c) The prisoner is unlikely to recidivate.

| Inmate Name (Last, First): Picklesimer, Robert | Register No.: 18219-509 | | | Institution: FCI Milan, MI | |
|---|---|---|---|---|---|
| Inmate Request to Staff (BP-A0148) (attach copy) | Yes | ✓ | No | Date of Request: 11/1/23 | |
| Inmate Program Review (attach most recent) | Yes | ✓ | No | Date of Program Review: 11/1/23 | |
| Federal Time Credit Eligible | Yes | ✓ | No | | |
| Current or Prior Offense Listed in P.S. Categorization of Offenses (Crimes of Violence or Director's Discretion) | Yes | | No | ✓ | |
| Public Safety Factor: (Indicate if waived by DSCC) | No | | | | |
| Community-Based Non-Compliance (i.e. technical violations, escape, absconding/eluding, and/or new criminal conduct) | Yes ✓ | | No | | |
| Last Three (3) PATTERN Risk Assessment Levels/Scores: | Level: MED<br>Violent: 19<br>General: 46<br>Date: 10/3/23 | | Level: MED<br>Violent: 20<br>General: 48<br>Date: 5/15/23 | Level: MED<br>Violent: 22<br>General: 52<br>Date: 11/27/22 | |

Inmates with high or medium PATTERN recidivism risk levels must demonstrate a good faith effort to lower their recidivism risk by:

| Maintained Clear Conduct for Three (3) Years from date of request: | Yes | ✓ | No | | Date of Last Incident Report: |
|---|---|---|---|---|---|
| 100 or 200 Level prohibited act during the current term of incarceration: | Yes | | No | ✓ | Incident Report: |
| Residential EBRRs/PAs Completed in Last Five (5) Years: | | | | | |
| Course: Federal Prison Industries SAP Certification (4) | | | Completion Date: 3/30/23 | | |
| Course: National Parenting | | | Completion Date: 9/7/23 | | |
| Course: Basic Cognitive Skills | | | Completion Date: 8/3/23 | | |
| Course: Non Residential Drug Abuse Program | | | Completion Date: 8/18/23 | | |
| Course: Anger Management | | | Completion Date: 9/6/22 | | |
| Successful program participation according to PS5410.01: | | | Yes ✓ | | No |

Unit Team Recommendation:
(Please provide incident report history along with any other relevant information)

Clear conduct throughout incarceration. Programmed at an excellent level throughout incarceration- ACE Courses, EBBR's, PA's, and is on several waiting lists for other courses. Pell Grant Recipient and participating in courses thru Jackson College to earn Associates Degree. Employed in Unicor and completed several SAP Certifications (certificates included with packet). Participating in Legal Assistant/Paralegal Certificate Program thru Blackstone Career Institute (docs included with packet). Completed NRDAP & Fail-Withdraw from RDAP, 3621 E Ineligible. Participates in Med Assist Treament since 3/23. Several Parole Revocations/Probation Violations in PSI & Absconder in 2013 & 2016.

1/12/24

The Warden shall consult with the Regional Director before applying time credits for an inmate with a high or medium PATTERN level.

 

```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: OCTOBER 16, 2024



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : ROBERT PICKLESIMER, 18219-509
      MILAN FCI    UNT: 2 GP    QTR: B04-029U
      P.O. BOX 9999
      MILAN,  MI 48160



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1196781-R1      REGIONAL APPEAL
DATE RECEIVED   : JUNE 10, 2024
SUBJECT 1       : OTHER COMMUNITY PROGRAMS
SUBJECT 2       : OTHER SENTENCE COMPUTATION
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 2: PROVIDE STAFF VERIFICATION STATING REASON UNTIMELY FILING
                 WAS NOT YOUR FAULT.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : APPEAL IS UNTIMELY WARDEN RESPONSE DATED 5-2-24
                 APPEAL WAS DUE TO REGION NLT 5-27-24 PROVIDE STAFF
                 MEMO WHY UNTIMELY FILING NOT YOUR FAULT RESUBMIT
```

ATTACHMENT 3