UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PICKLESIMER,

        Petitioner,

Case No. 2:24-cv-11772

HONORABLE STEPHEN J. MURPHY, III

v.

ERIC RARDIN,

        Respondent.
                              /

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated January 7, 2025, Plaintiff's petition is dismissed without prejudice.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                                            BY: s/ R. Loury

Dated: January 7, 2025

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1